IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3156 |
| | ) | |
| V. | ) | |
| | ) | |
| RICARDO ALAMILLA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    This matter is scheduled for trial next week. I held a conference with the lawyers and they advised me that no continuances had been granted up to this point but further work was required. In particular, I was advised that the defendant is in state custody serving a sentence on related charges. The defendant is not going any where soon. Moreover, there are apparently wired buys in this case which must be translated and the translations have not been completed. Still further, the defense may wish to raise an issue regarding the propriety of prosecuting the defendant in state court and then prosecuting him again for the same or similar conduct in federal court. Under these complex circumstances, both sides orally moved to continue this matter and to exclude the time between now and the date of trial. Therefore,

    IT IS ORDERED that:

    (1)    The time for filing pretrial motions in this case is extended until the close of business on January 12, 2007.

    (2)    Trial of this matter is rescheduled to the first criminal case on March 26, 2007.

    (3)    The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161(h)(1)(I)& (h)(8)(A)(B).

December 19, 2006.    BY THE COURT:

    s/ *Richard G. Kopf*
    United States District Judge