IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3156 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RICARDO ALAMILLA, | ) | |
| a/k/a "TOKER", | ) | |
| | ) | |
| Defendant. | ) | |

  This matter comes before the Court on the Plaintiff's Motion for Extension of Time, filing 26.

  The Court, being duly advised in the premises, finds that the Motion should be granted. The Plaintiff is given until February 23, 2007 to file a response to the Defendant's Motion for Bill of Particulars.

  Dated this 14th day of February, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge