IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3156 |
| V. | ) | |
| RICARDO ALAMILLA, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Filed on July 20, 2016 and pending before me is a *Johnson* § 2255 motion. (Filing no. 122.) David Stickman, the Federal Public Defender, entered his appearance on August 10, 2016 (filing no. 124). One day later, the Defendant filed a motion (filing no. 125) asking me to hold his *Johnson* § 2255 in abeyance because of a "lock down" and his inability to confer with counsel. I doubt that the Defendant is entitled to relief under *Johnson* since the Defendant is serving a sentence for violation of supervised release and for other reasons. Before I conduct an initial review of the motion, I need to know what, if any, action Mr. Stickman intends to take on this case. Therefore,

IT IS ORDERED that on or before Wednesday, November 2, 2016, Mr. Stickman shall submit a status report by filing the same in the court file.

DATED this 12th day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge