IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:06CR3156 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO ALAMILLA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1) Assistant Federal Public Defender John Vanderslice's motion to withdraw as attorney (filing no. 132) is granted.

(2) Federal Public Defender David R. Stickman shall nominate a CJA panel attorney to represent Mr. Alamilla.

(3) The plaintiff shall file an answer to the defendant's motion to vacate (filing no. 122) and motion to amend motion to vacate (filing no.131) on or before June 5, 2017.

(4) The Clerk's office shall provide a copy of this order to FPD Stickman.

DATED this 3rd day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge