IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:06CR3156 |
| v. | ) | |
| RICARDO ALAMILLA, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     Michael D. Gooch is appointed to represent Mr. Alamilla concerning his 28 U.S.C. § 2255 (Johnson) motion(s).

(2)     The Federal Public Defender shall provide Mr. Gooch with a CJA voucher.

(3)     The Clerk of the Court shall provide a copy of this order to AUSA Marty Klein, Mr. Gooch, and John Cambridge in the Federal Public Defender's Office.

DATED this 8th day of May, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge