IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:06CR3156 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO ALAMILLA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT ORDERED that counsel for Mr. Alamilla may submit a brief in response to the government's answer (filing no. 138) (which, in essence, is also a brief) on or before the close of business on Monday, August 7, 2017. This matter shall be considered ready for decision on August 8, 2017, and my chambers shall this case to my attention at that time.

DATED this 5th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge