IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:06CR3156 |
| | ) | |
| v. | ) | |
| | ) | |
| RICARDO ALAMILLA, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that judgment is entered for the United States and against the defendant providing that he shall take nothing and his § 2255 motions are denied and dismissed with prejudice. No certificate of appealability has been or will be issued.

DATED this 11th day of August, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge